**Order entered October 26, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00822-CR

**MARIA GUADALUPE ISLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No 1**
**Tarrant County, Texas**
**Trial Court Cause No. 1471854**

## ORDER

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/ JASON BOATRIGHT
   JUSTICE